IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SABINA LOVING; ELMER KILIAN; and JOHN GAMBINO,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; INTERNAL REVENUE SERVICE; and DOUGLAS H. SHULMAN, COMMISSIONER OF INTERNAL REVENUE,<br><br>Defendants. | No. 1:12-cv-00385-JEB |

## NOTICE OF APPEARANCE

Please enter the appearance of Geoffrey J. Klimas as co-counsel of record for the defendants in the above-captioned matter.

Dated:  January 14, 2013

/s/ Geoffrey J. Klimas
GEOFFREY J. KLIMAS
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044
Telephone:  (202) 307-6346
Fax: (202) 514-6866
Email: geoffrey.j.klimas@usdoj.gov

9401868.1

CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2013, I caused to be served via the Court's ECF system the foregoing NOTICE OF APPEARANCE on counsel for the plaintiffs:

    Dan Alban
    Institute for Justice
    901 N. Glebe Road, Suite 900
    Arlington, VA  22203

    /s/ Geoffrey J. Klimas
    GEOFFREY J. KLIMAS
    Trial Attorney, Tax Division
    U. S. Department of Justice
    Post Office Box 227
    Washington, DC  20044
    Telephone:  (202) 307-6346
    Fax: (202) 514-6866
    Email: geoffrey.j.klimas@usdoj.gov

9401868.1