IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SABINA LOVING; ELMER KILIAN; and JOHN GAMBINO, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.  1:12-cv-00385-JEB |
| UNITED STATES OF AMERICA; INTERNAL REVENUE SERVICE; and DOUGLAS H. SHULMAN, COMMISSIONER OF INTERNAL REVENUE, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION TO SUSPEND INJUNCTION PENDING APPEAL

The Defendants, pursuant to Fed. R. Civ. P. 62(c), move the Court to suspend the injunction entered on January 18, 2013, pending resolution of the appeal they intend to file within 30 days.  As grounds for this request, the Defendants submit that:  (1) they have a reasonable likelihood of prevailing on appeal; (2) they will suffer irreparable harm if the injunction is not suspended; (3) the Plaintiffs will not be harmed by the request; and (4) suspending the injunction will serve the public interest.  In the alternative, the Defendants move the Court to suspend the injunction for at least 14 days to allow them to seek relief from the Court of Appeals.

In support of this request, the Defendants submit the attached Memorandum in Support, Declaration of Carol A. Campbell, and Proposed Orders.

WHEREFORE, the Defendants request that the Court enter one of the attached Proposed Orders suspending the injunction entered on January 18, 2013.

Dated:   January 23, 2013

/s/ Geoffrey J. Klimas   ___
GEOFFREY J. KLIMAS
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044
Telephone:  (202) 307-6346
Fax: (202) 514-6866
Email: geoffrey.j.klimas@usdoj.gov

OF COUNSEL:
RONALD C. MACHEN, JR.
United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 23, 2013, I caused to be served via the

Court's ECF system the foregoing MOTION TO SUSPEND INJUNCTION

PENDING APPEAL, MEMORANDUM IN SUPPORT, DECLARATION OF

CAROL A. CAMPBELL, and PROPOSED ORDERS on counsel for Plaintiffs:

Dan Alban
Institute for Justice
901 N. Glebe Road, Suite 900
Arlington, VA  22203

/s/ Geoffrey J. Klimas   ___
GEOFFREY J. KLIMAS
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044
Telephone:  (202) 307-6346
Fax: (202) 514-6866
Email: geoffrey.j.klimas@usdoj.gov