# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 13-5061**           **September Term, 2013**

FILED ON: FEBRUARY 11, 2014

SABINA LOVING, ET AL.,
    APPELLEES

v.

INTERNAL REVENUE SERVICE, ET AL.,
    APPELLANTS

Appeal from the United States District Court
for the District of Columbia
(No. 1:12-cv-00385)

Before: KAVANAUGH, *Circuit Judge*, and WILLIAMS and SENTELLE, *Senior Circuit Judges*

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

/s/
Jennifer M. Clark
Deputy Clerk

Date: February 11, 2014

Opinion for the court filed by Circuit Judge Kavanaugh.

MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 4/8/2014
BY: [signature], Deputy Clerk
ATTACHED: Amending Order, Opinion, Order on Costs

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: [signature] Deputy