UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SABINA LOVING**, *et al.*,<br><br>    Plaintiffs,<br><br>        v.<br><br>**INTERNAL REVENUE SERVICE**, *et al.*,<br><br>    Defendants. | Civil Action No. 12-385 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court

ORDERS that:

1. Plaintiffs' Motion for Attorney Fees and Costs is GRANTED IN PART and DENIED IN PART; and

2. Plaintiffs are AWARDED fees and costs in the total amount of $257,885.66.

IT IS SO ORDERED.

*/s/ James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: September 19, 2014